*E-Brief Screening Checklist for* **Appellee's Brief**

| | |
|---|---|
| Case Number: 24-1312 | Party: Cheryl Clapprood |
| File Date: 10/2/24　　Due Date: 10/4/24　　Case Manager: Jennifer　　Screened By: Nicholas | |

- ☐ Filer's Name NOT Typed or Written Where Signature Would Appear on Brief　　☐ Scanned PDF　　☐ Not Filed as Single PDF

Is a notice of appearance (or appointment order) on the docket for the attorney who filed the brief?
- ✓ Yes　　☐ No, an appearance form is needed for:

Are all attorneys listed on the brief also listed on the docket?
- ✓ Yes　　☐ No, the following attorneys need to be added:

| BRIEF REQUIREMENTS | | Included/Compliant | Missing/Deficient | N/A | Comments |
|---|---|:---:|:---:|:---:|---|
| Case Number | Fed. R. App. P. 32(a)(2)(A) | ✓ | | | |
| Name of Court | Fed. R. App. P. 32(a)(2)(B) | ✓ | | | |
| Title of Case (XX v. XX) | Fed. R. App. P. 32(a)(2)(C) | ✓ | | | |
| Nature of Proceeding & Court Below | Fed. R. App. P. 32(a)(2)(D) | ✓ | | | |
| Title of Brief Identifying Filer(s) | Fed. R. App. P. 32(a)(2)(E) | ✓ | | | |
| Counsel's Address & Phone Number | Fed. R. App. P. 32(a)(2)(F) | ✓ | | | |
| Disclosure Statement | Fed. R. App. P. 28(a)(1) | | | ✓ | |
| Table of Contents | Fed. R. App. P. 28(a)(2) | ✓ | | | |
| Table of Authorities | Fed. R. App. P. 28(a)(3) | ✓ | | | |
| Jurisdictional Statement | Fed. R. App. P. 28(a)(4) OPTIONAL | | | ✓ | |
| Statement of the Issues | Fed. R. App. P. 28(a)(5) OPTIONAL | ✓ | | | |
| Statement of the Case | Fed. R. App. P. 28(a)(6) OPTIONAL | ✓ | | | |
| Summary of the Argument | Fed. R. App. P. 28(a)(7) | ✓ | | | |
| Argument/Standard of Review | Fed R. App. P. 28(a)(8) SOR OPTIONAL | ✓ | | | |
| Conclusion | Fed. R. App. P. 28(a)(9) OPTIONAL | ✓ | | | |
| Typeface | Fed. R. App. P. 32(a)(5) | ✓ | | ✓ | ✓ 14-pt Proportional　☐ 12-pt Monospaced |
| Length | Fed. R. App. P. 32(a)(7) | ✓ | | | Total: 17 Pages |
| Certificate of Compliance | Fed. R. App. P. 32(g)(1) | ✓ | | | Total: 3,453　☐ Words　☐ Lines |
| Proof of Service | Fed. R. App. P. 25(d) | ✓ | | | Date: 10/4/24　Served by Mail |
| Addendum | 1st Cir. R. 28.0 OPTIONAL | ✓ | | | |

- ✓ Table of Contents
- ☐ Judgment
- ✓ Order(s)/Decision(s) Appealed
- ☐ Report & Recommendation (if applicable)
- ☐ Transcript of Oral Decision by IJ

Additional Comments:

Diacritical Accent Marks in Filer's Name (only for persons, not entities)
- ⦿ N/A (Brief doesn't include accent marks in filer's name)
- ○ Brief has same accent marks as noted at case opening re filer's name
- ○ Brief has accent mark not previously noted re filer's name